UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

CHERYL BESSER,
    Plaintiff,

                                CIVIL NO. 13-11556
                                HON. BERNARD A. FRIEDMAN

vs

FIRST STATE BANK,
    Defendant.
_____/

## ORDER OF DISMISSAL

This court having been advised by the parties that they stipulate to the dismissal of the above action.

Accordingly, the above-entitled action is dismissed with prejudice and without costs. However, the court expressly reserves jurisdiction/authority to enforce any conditions or terms of the settlement for a period of 60 days.

                                s/Bernard A. Friedman
                                Bernard A. Friedman
                                United States District Judge

Dated: July 19, 2013

I hereby certify that a copy of the foregoing document was served upon counsel of record by electronic and/or ordinary mail.

                                s/Carol Mullins
                                Case Manager